"Student X"

On Wednesday, August 10, 2022, a student came to my office stating she needed to speak with me as it was very important. She said she was in the gym this afternoon and someone airdropped two pictures (A & B). I asked her if she knew who it was and she said no but that ["Student Y"] was at her lunch table, saw the pictures, and said it was a student named [ ].

Dr. Flowers came into my office as the student was leaving. I showed her the pictures in question and asked her if she know ["Student Y"]. Upon saying yes, I asked her to go with me to speak with the student to learn more. We located ["Student Y"] and I showed her the pictures. After seeing them, I asked if she knew who took this. She was quite hesitant to say anything. When I asked why, she said she did not want her friend to get in trouble and get removed from the band program. Dr. Flowers asked her what Instagram account this person had and ["Student Y"] told her. Dr. Flowers opened up the page and asked if this was correct to which ["Student Y"] said yes. The page belonged to ["I.P."]. When asked further if ["I.P."] was responsible for the two pics she was originally shown, she stated she did not want to get him in trouble. I explained removal from the band program was not my decision. She then stated it was ["I.P"] who created them.

Mr. Scott came out into the hallway to speak with Dr. Flowers and me. We explained the situation and he stated ["I.P"]'s social media behavior had already become a big problem this year. I asked if he would bring ["I.P"] up to my office once practice was over. When they arrived, Mr. Crutchfield was in my office and I began to speak with [ ]. I showed him the pictures and he stated he had created all of them but the two (A & B). When I asked him why, he said he thought it was funny. I explained these types of pictures are embarrassing to me and encourages others to make similar posts. Mr. Scott then showed ["I.P"] the code of conduct ["I.P"] signed as a member of the band and reminded him of his commitment.

After Mr. Scott concluded, I recused myself from the rest of the conversation to avoid any conflict of interest concerns and Derrick, Justin and ["I.P"] went to Mr. Crutchfield's office.

*[signature: JBQuick]*

A B



