*I.P. v. Tullahoma City Schs., et al.*

# Exhibit B
# to Plaintiff's Supplemental Brief on New Development Affecting School District's Mootness Argument



**Wed, Jul 19** at 10:23 PM

Important:

In THS handbook, per our board attorney delete the social media policy/wildcat policy from the handbook ASAP.

On it

Thanks. 😊