**EXHIBIT "B"**

[Form FERPA Notice Letter - LAW FIRM LETTERHEAD]

DATE

NAME & ADDRESS

> Re: *I.P., a minor, by and through B.P. v. Tullahoma City Schools, Jason Quick, in his*
> *individual capacity, and Derrick Crutchfield, in his individual capacity*
> *E.D. Tenn. Fed. Court, Winchester Div. Case No. 4:23-cv-26 (Crytzer/Lee)*
> *Disclosure of Certain Student Directory Information*

Dear XXXX:

As you may or may not be aware, a lawsuit described above has been filed in federal court against Tullahoma City Schools, former Principal Jason Quick and Assistant Principal Derrick Crutchfield (the "Lawsuit"). This lawsuit involves incidents whereby a student, I.P., may have posted, disseminated and/or circulated certain information involving former Principal Jason Quick during the school day, and received discipline as a result.

You are receiving this letter and attachments because you, for those over 18, or your child if not, have been identified as persons who may have discoverable information relevant to the issues of the case. Because of that, it is necessary that certain of your "Directory Information" be shared with the other parties, so that their attorneys may interview or depose you. "Directory Information" is generally considered to be student and parent name, address, telephone number and email address. To date, we have only identified you by first and last name initials to protect your privacy. School System officials previously reached out to you in unsuccessful efforts to obtain written FERPA Consents for these disclosures.

Your privacy rights in this information are protected under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g; see 34 C.F.R. § 99.31(a)(9) ("FERPA"). Under FERPA, for purposes of this lawsuit, this information may only be shared by consent, by entry of a Court Order allowing disclosure with protections, or by subpoena.

Pursuant to FERPA, the school system is providing you notice of a Motion it has filed seeking permission and Court Order to share and use this Directory Information, in advance of any hearing. In that way, you may choose to intervene should you so desire. We have also provided a form that you may complete, either consenting to this disclosure or opposing it and explaining your reasons. If you provide this completed form to us as set forth below, then we will in turn file your forms with the Court so that you may be heard, if you prefer that choice over actual Court intervention. You can also file such papers and intervene with the Court instead, as you prefer.

We anticipate that the Court will address the Motion soon, so we recommend that you respond to us or to the Court within fourteen (14) days of receipt of this letter if you desire to intervene and to seek protective action. Please feel free to contact me or my legal assistant, Jamie Clark, (telephone 931-372-9123; email: jclark@wimberlylawson.com), should you have any questions. The contact information for the Federal District Court Clerk is Russell Eslinger, Division Manager,

Eastern District Federal Court, 900 Georgia Avenue, Chattanooga, Tennessee 37402 (telephone: 423-752-5200). Be sure to reference the Case Number (Case No. 4:23-cv-26) in any communications you have with the Court. There is already a Protective Order in place for non-parties, and we will take steps to try to preserve your privacy rights consistent with that Order.

For your convenience, I have enclosed a copy of the filed Motion and attachments, as well as another FERPA Consent or Declination form. You may timely provide the completed form to our office, and we will then forward this to the Court. Alternatively, you may file this form directly with the Court, or you may choose to intervene in the lawsuit to assert your rights.

Best personal regards,

Kenneth S. Williams
For the Firm

KSW/jc

Enclosures:   FERPA Motion w/Attachments
              FERPA Consent/Declination Form