EXHIBIT A

T24-0250

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| I.P., a minor, by and through B.P., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | No. 4:23-cv-00026 |
| ) | |
| TULLAHOMA CITY SCHOOLS, a ) | |
| political subdivision of the State of ) | |
| Tennessee; JASON QUICK, in his ) | |
| individual capacity; and, DERRICK ) | |
| CRUTCHFIELD, in his individual ) | |
| Capacity, ) | |
| ) | |
| DEFENDANT. ) | |

## DECLARATION OF DR. CATHERINE STEPHENS

I, Catherine Stephens, after first being sworn according to law, state the following:

1. That I am over eighteen (18) years of age, have personal knowledge of the following facts stated in this Affidavit, and of sound mind.

2. I am the Director of Schools for Tullahoma City Schools in Tullahoma, TN.

3. Plaintiff graduated from the Tullahoma High School on May 17, 2024.

4. All discipline imposed upon the Plaintiff by the Tullahoma City Schools, including his suspension, based upon the Plaintiff's involvement in the speech at issue in this instant action has been expunged from his permanent academic record by the Tullahoma City Schools.

5. Tullahoma City Schools does not intend to and is unable to foresee any future situation that would lead it to reinstate the speech and conduct language within

the student handbook that gave rise to this lawsuit or any other similar language as applied to Plaintiff or any other student within the Tullahoma City School system.

6. On this date, August 26, 2024, I declare under penalty of perjury that the foregoing statements and opinions are true to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT.

*[Signature]*

STATE OF: TN
COUNTY OF: Coffee

Personally appeared before me, Angel Stidham, with whom I am personally acquainted, or who was proved to me on the basis of satisfactory evidence and who acknowledged that executed the within instrument for the purposes therein contained.

Sworn to and subscribed before me, this the 26 day of August, 2024.

*Angel Stidham*
Notary Public

My Commission Expires: 7/17/27