# EXHIBIT 1



accepted responsibility for the commission of a crime?"

- Choose an option -

Do you have any criminal charges pending against you?*

- Choose an option -

Have you ever withdrawn from or left a high school, college, or university while any disciplinary sanction, disciplinary charge, disciplinary hearing or investigation related to your conduct was pending, outstanding or unresolved?*

- Choose an option -

Have you ever been expelled, dismissed, suspended, placed on probation, or are otherwise subject to any disciplinary sanction by any school, college or university?*

- Choose an option -

Have you been warned by the University of Tennessee Police Department not to trespass on University property?*

- Choose an option -

If you have ever served in the military, did you receive any type of discharge other than an honorable discharge? *