UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| I.P., by and through B.P., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 4:23-cv-00026-KAC-SKL |
| | ) |
| TULLAHOMA CITY SCHOOLS, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER AND NOTICE OF HEARING**

Before the Court is a Motion for Order Allowing Disclosure of Certain Directory Information Pursuant to the Family Educational Rights And Privacy Act (FERPA), and for Other Relief [Doc. 79], filed by Defendant Tullahoma City Schools ("School System"). Previously the Court scheduled a hearing on the motion for September 4, 2024 [*see* Doc. 91]. The School System then retained new counsel and requested that the hearing date be continued for at least 30 days [*see* Doc. 95; Doc. 96; Doc. 97; Doc. 100]. The School System indicates the requested continuance is unopposed.

Accordingly, it is **ORDERED** that a hearing on the School System's motion **SHALL** be held on **WEDNESDAY, NOVEMBER 6, 2024, at 10:00 [EASTERN]** in the 4th floor courtroom, Joel Solomon Federal Building & U.S. Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.[1] Any FERPA Notice Letter mailed to students and/or their parents **SHALL** reflect the November 6 hearing date.

---

[1] The Court does not typically hire a court reporter for, or create an official record of, civil motion hearings/conferences. If you intend to present evidence for the Court's consideration at the event noticed herein, you must contact the Clerk's Office to request that an official recording (typically an audio recording) be made of the hearing at least 24 hours in advance of the hearing. Information

All requirements from the Court's prior order setting the hearing [Doc. 91] remain in effect. That is, all parties **SHALL** attend the hearing, and they **SHALL** abide by all requirements, protections, and responsibilities under FERPA pertaining to disclosure of Directory Information/Personally Identifiable Information in notifying all applicable students and their parents of the hearing and in participating in the hearing.

In addition, on or before **OCTOBER 23, 2024**, the parties **SHALL** each file a brief addressing: (1) whether the students' identities and contact information have already been adequately disclosed; (2) whether the party's interest in obtaining any previously undisclosed student information "outweigh[s] the students' privacy interests"[2]; (3) which specific counts of the Amended Complaint relate to information or knowledge allegedly or potentially possessed by the students and the basis for any such assertion; and (4) whether discovery has been stayed as to the relevant counts or whether the relevant counts are subject to the mootness issues addressed in the Court's August 12 Order and the parties' supplemental briefs [Doc. 92; Doc. 102; Doc. 103]. The parties may, but are not required to, file a responsive brief on or before **OCTOBER 30, 2024**.

To the extent the School System (or any other party) is seeking entry of a protective order in addition to the Agreed Protective Order [Doc. 65], which is not entirely clear on the current record, it is **ORDERED** to confer with all other parties regarding the terms of any such protective order, and to file a joint motion with a proposed agreed order to address the confidentiality of any disclosed educational records by no later than the date of the hearing. Said proposed order must

---

regarding obtaining a copy of any requested recording can be found at https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule. Persons desiring the presence of a court reporter should make their own arrangements.

[2] *See Ragusa v. Malverne Union Free Sch. Dist.*, 549 F. Supp. 2d 288, 292 (E.D.N.Y. 2008) (citing cases).

comply with FERPA and with the Court's Memorandum and Order Regarding Sealing Confidential Information [Doc. 13].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE