UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

I.P.,

         *Plaintiff*,

v.

TULLAHOMA CITY SCHOOLS, a political subdivision of the State of Tennessee,

         *Defendant*.

4:23-cv-26-KAC-MJD

## JURY VERDICT FORM

We, the jury, unanimously answer the questions posed by the Court as follows:

1. We, the jury, unanimously find by a preponderance of the evidence that

    __✓__  Defendant, acting under color of state law, **violated** Plaintiff's First Amendment rights.

    _____  Defendant, acting under color of state law, **did not violate** Plaintiff's First Amendment rights.

[If your answer to Question Number 1 is that Defendant violated Plaintiff's First Amendment rights, proceed to Question Number 2. If your answer to Question Number 1 is that Defendant did not violate Plaintiff's First Amendment rights, then **have the foreperson sign and date this verdict form and return the form to the Court**.]

1

2. Did Defendant's act in violation of the Plaintiff's First Amendment Rights cause injury to Plaintiff?

_____ Yes.

\_\_✓\_\_\_\_ No.

   [Proceed to Question Number 3.]

3. If you answered Yes to Question Number 2, please enter an amount of damages below that will fairly compensate Plaintiff for any injury caused by Defendant's conduct. If you answered No to Question Number 2, then please enter an amount of nominal damages of $1.00.

Amount of Damages: $ 1.00
(Fill in Dollar Figure)

Jury Foreperson: ███████████

Date: 1-15-2026