# United States District Court
## EASTERN DISTRICT OF TENNESSEE
### WINCHESTER

| | |
|---|---|
| I.P., <br>     Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| TULLAHOMA CITY SCHOOLS, <br>     Defendant. | CASE NUMBER: 4:23-cv-026 |

[X]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant, acting under color of state law, violated Plaintiff's First Amendment Rights.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant's act in violation of the Plaintiff's First Amendment Rights did not cause injury to the Plaintiff.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that Plaintiff is awarded $1.00 in nominal damages.

| | |
|---|---|
| January 15, 2026 | LeAnna R. Wilson, Clerk of Court |
| Date | s/ Jason Huffaker, Deputy Clerk |