# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| I.P., a minor, by and through B.P., <br><br> *Plaintiff*, <br><br> v. <br><br> TULLAHOMA CITY SCHOOLS, a political subdivision of the State of Tennessee, <br><br> *Defendant*. | Case Number: 4:23-cv-26 <br><br> Hon. Katherine A. Crytzer <br> Magistrate Judge Susan K. Lee <br><br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES** |

Plaintiff I.P. and Defendant Tullahoma City Schools, by and through counsel, jointly and respectfully move the Court under Local Rule 54.2 to extend the deadline for I.P. to file his Motion for Attorneys' fees by 14 days. The parties base this request upon the following:

1. Following a jury verdict in favor of I.P., the Court entered judgment for I.P. on Thursday, January 15, 2026. (ECF No. 187.)

2. Under Local Rule 54.2 and Federal Rule of Civil Procedure 6, I.P.'s current deadline to file a motion for attorneys' fees is **Tuesday, February 17, 2026**. *See* LR 54.2 (providing 30-day deadline to file motion for attorneys' fees); Fed. R. Civ. P. 6(a)(1)(C) (providing a period ending on a weekend continues to run "continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.")

3. Both parties agree the complex nature of I.P.'s motion for fees merits additional time to prepare the motion, memorandum, and exhibits for filing.

4. The parties also intend to use the extensions of time to discuss the possibility of settling the motion for fees and possible appeal.

5. In light of the foregoing, the parties respectfully request the Court extend the deadline for I.P. to file his motion for attorneys' fees by 14 days, resulting in a new deadline of **Tuesday, March 3, 2026**.

Dated: February 9, 2026

Respectfully Submitted,

/s/ Conor T. Fitzpatrick
CONOR T. FITZPATRICK
(Mich. No. P78981, D.C. No. 90015616)*
ZACHARY T. SILVER
(N.Y. No. 5833579, D.C. No. 1742271)*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@fire.org
zach.silver@fire.org

DARRICK L. O'DELL
   (BPR #26883)
SPICER RUDSTROM, PLLC
414 Union St., Ste. 1700
Nashville, TN 37219
(615) 259-9080
dlo@spicerfirm.com

JEFFREY D. ZEMAN
(Mich No. P76610, Penn. No. 328570)*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jeff.zeman@fire.org

*Admitted *Pro Hac Vice*
*Counsel for Plaintiff*

/s/ Christopher C. Hayden (with consent)
CHRISTOPHER C. HAYDEN (028220)
ANDREW V. SELLERS (019586)
SELLERS, CRAIG & HAYDEN, INC.
P.O. Box 10547
Jackson, Tennessee 38308
Telephone: (731) 300-0737
Chris@SCHofcounsel.com
Andrew@SCHofcounsel.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing upon all ECF filing participants.

/s/ Conor T. Fitzpatrick
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION